IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-22-0331 |
| JOHN WILLIE KENNEDY, JR. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

Pursuant to a scheduling conference held on March 21, 2023, the Court now sets the following dates and deadlines for further proceedings in this case:

| | |
|---|---|
| May 5, 2023 | Subject to the continuing duty to disclose, the Government is expected to complete discovery on or before this date. |
| June 2, 2023 | Deadline for Defendant's pretrial motions. |
| June 16, 2023 | Deadline for Government's responses to Defendant's pretrial motions. |
| June 30, 2023 | Deadline for Defendant's replies. |
| **August 10, 2023, 10:00 a.m.** | **Motions Hearing**, Courtroom 5A.  Defendant must be present. |
| September 11, 2023 | Deadline for Government to produce *Jencks* material. |
| September 15, 2023 | Deadline for filing motions *in limine*. |

| | |
|---|---|
| September 15, 2023 | Deadline for receipt in chambers of proposed voir dire, proposed preliminary jury instructions (start of trial), proposed final jury instructions (end of trial), and a proposed jury verdict form; **these are to be filed electronically and must also be submitted via e-mail in Microsoft Word format to chambers:** MDD_JKBChambers@mdd.uscourts.gov. |
| | Government and defense counsel shall meet and confer with respect to proposed voir dire, jury instructions, and a verdict form, and to the **fullest extent possible** make **joint submissions**. Counsel shall identify any matters of disagreement through supplemental filings. The most recent revision of the undersigned's standard jury instructions in criminal cases is available to the parties upon request to chambers. |
| September 19, 2023 | Deadline for responses to motions *in limine*. |
| **September 22, 2023, 9:30 a.m.** | **Pretrial Conference**, Courtroom 5A. Defendant and all trial counsel must be present. |
| **October 2, 2023, 9:30 a.m.** | Begin **Jury Trial**, Courtroom 5A. Scheduled to conclude on or before October 11, 2023. The Court will not sit on the afternoon of Thursday, October 5, 2023 nor on Friday, October 6, 2023. |
| | Counsel shall appear in court at 9:15 a.m. on the first day of trial to address miscellaneous matters with the courtroom deputy clerk prior to the commencement of jury selection. |

The Government is directed to prepare notices and "come up" letters as appropriate for the in-court proceedings. The Government is also directed to file any necessary motions to exclude time pursuant to the Speedy Trial Act. No changes in the schedule set forth above will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk.

DATED this 21 day of March, 2023.

BY THE COURT:

/s/ James K. Bredar

James K. Bredar
Chief Judge