**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. JKB-22-0331 |
| | * | |
| JOHN WILLIE KENNEDY, JR. | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * *

_Denied, w/o prejudice to reconsideration upon submission of a more detailed justification by the Govt._

_6/16/23_

### GOVERNMENT'S MOTION TO SEAL

Comes now the United States of America, by and through its Attorneys, Erek L. Barron, United States Attorney for the District of Maryland, and Kim Y. Oldham, Assistant United States Attorney for said District, and hereby moves this Honorable Court for an Order sealing the Government's Response to Defendant's Pretrial Motion to Suppress Statements and the exhibits in this matter, and in support thereof states:

1.      The Government's Response and exhibits contain personal and confidential information regarding this matter.

2.      It is in the best interest of all parties that the Government's Response and exhibits remain sealed and not available for inspection by the public.

WHEREFORE, the Government respectfully requests that the Government's Response to Defendant's Pretrial Motion to Suppress Statements and exhibits be sealed.

Respectfully submitted,

Kim Y. Oldham
Assistant United States Attorney

By:        _____/S/_____
Kim Y. Oldham
Assistant United States Attorney

Dated:   June 15, 2023