IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| Plaintiff | * |
| | *     Crim. Case No. JKB-22-0331 |
| v. | * |
| **JOHN WILLIE KENNEDY, JR.** | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court's previous SEALED ORDER (ECF No. 30) is now UNSEALED.

Dated this __25__ day of July, 2023.

BY THE COURT:

_____
James K. Bredar
Chief Judge