IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff | * |
| v. | * Crim. Case No. JKB-22-0331 |
| JOHN WILLIE KENNEDY, JR. | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER TO SHOW CAUSE

On June 16, 2023, the Court denied without prejudice (ECF No. 28) the Government's motion to seal (ECF No. 26) the Government's response (ECF No. 27) to the Defendant's motion to suppress (ECF No. 23). Subsequently, the Government renewed its motion to seal (ECF No. 29) the response to the motion (ECF No. 27), and in making the second request to seal the Government provided very minimal additional information. Nonetheless, the Court granted the motion to seal (ECF No. 30).

Upon reflection, the Court's order (ECF No. 30) may have been improvident. The record continues to reflect an insufficient justification warranting sealing. To the extent that the Government persists in their position that their response (ECF No. 27) should remain under seal, they now shall SHOW CAUSE, in a *detailed* sealed submission docketed on or before August 1, 2023, why the response should be sealed in its entirety. To the extent the Government continues to seek the sealing of the entirety of the document, they shall address why redaction is not the appropriate, lesser course. The Defendant is free to make a submission supporting or opposing the sealing on or before the same date.

Dated this 26 day of July, 2023.

BY THE COURT:

*James K. Bredar*
James K. Bredar
Chief Judge