IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-22-0331 |
| JOHN WILLIE KENNEDY, JR. | * | |
| Defendant. | * | |

* * * * * * * * * * * *

## ORDER

The Court directed the Government to show cause why its response to Defendant's motion to suppress (ECF No. 27) should remain under seal. (ECF No. 33.) In response to this Show Cause Order, the Government explained that it no longer seeks to have its response maintained under seal. (ECF No. 35.) The Government explained that counsel for the Defendant "agree[d] with the Government's original reasons for seeking to seal its motions response, but he understands that the Government is not continuing to pursue sealing in this matter." (*Id.*) Defendant has not filed any objection to unsealing the Government's response to his motion to suppress.

Accordingly, it is ORDERED that the Government's response to Defendant's motion to suppress statements (ECF No. 27) SHALL BE UNSEALED.

DATED this __9__ day of August, 2023.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
Chief Judge